UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.

CHANDRA LOVETT,

        Plaintiff,

v.

TRIDENT RESEARCH, LLC,

        Defendant,

## NOTICE OF REMOVAL

Defendant, TRIDENT RESEARCH, LLC, (hereinafter "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, & 1446 and Rule 81(c) of the Federal Rules of Civil Procedure, hereby files this Notice of Removal removing this action from the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida.  As grounds for this removal, Defendant states as follows:

    1.    TRIDENT RESEARCH, LLC, has been named as a party defendant in the case of *Chandra Lovett v. Trident Research, LLC*, Case No. 05-2021-CA-11923-XXXX-XX, pending in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida.

    2.    The Complaint alleges violations of Title VII of the Civil Rights Act of 1964 ("Title VII") and the Pregnancy Discrimination Act of 1978, 42 U.S.C. 2000e(k) ("PDA"), federal laws (Count II).  Because the alleged Title VII and PDA claims arise

under the laws of the United States (i.e. they present a federal question), this action is properly removable to the United States District Court, Middle District of Florida, as this action is within the Court's original jurisdiction. See 28 U.S.C. §§ 1331 & 1441. In this regard, 28 U.S.C. § 1331 states: "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Further, pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district or division embracing the place where such action is pending." Moreover, the Court has supplemental jurisdiction over the remaining sex and pregnancy discrimination claims alleged in the Complaint under the Florida Civil Rights Act (Count I), pursuant to 28 U.S.C. §1367(a), because they are so related to the claims within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

3. The original Summons and Complaint was filed in state court on January 12, 2021. This case is being timely removed to Federal Court as provided in 28 U.S.C. § 1446(b). Removal of this action from the Circuit Court to this court is timely because Defendant was never properly served, and thus the 30-day clock by which to remove has not yet started to run. Defendant is not conceding that it was properly served. Formal service is not required before a defendant may file a notice of removal. See, Novak v. Bank of New York Mellon Trust Co., 783 F. 3d 910 (1st Cir. 2015) citing e.g., La Russo v. St. George's Univ. Sch. of Med., 747 F.3d 90, 97 (2d

Cir.2014); Delgado v. Shell Oil Co., 231 F.3d 165, 177 (5th Cir.2000); Whitehurst v. Wal–Mart, 306 Fed.Appx. 446, 448 (11th Cir. 2008); Sutler v. Redland Ins. Co., 2012 WL 5240124, at *2 (D. Mass. 2012) (collecting cases). "A defendant does not lose the right to object to service of process or personal jurisdiction by removing an action from state to federal court." Amtrust North America v. Sennebogen, No. 19-cv-1004, 2020 WL 5441407, at *1 n.2 (M.D. Fla. Aug. 25, 2020). Defendant is challenging service of process through its filing of a separate Motion to Quash Service of Process and Vacate Default.

4. In accordance with the provisions of 28 U.S.C. § 1446(a), copies of all alleged process, pleadings and orders mailed or served upon the Defendant are attached hereto as **Exhibit "A"** and copies of the State Court Docket Sheet and all state court filings, are attached hereto as **Exhibit "B"**. As will be discussed in Defendant's Motion to Quash and Vacate Default, the papers attached as Exhibit A were sent by Plaintiff via FedEx and delivered on Defendant on March 10, 2023 at its office in Austin, Texas.

5. Written notice of the filing of this removal notice shall promptly be given to Plaintiff through her counsel, and a copy of this Notice of Removal shall promptly be filed with the Clerk of the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, in accordance with the provisions of 28 U.S.C. § 1446(d).

**WHEREFORE**, the Defendant respectfully removes this matter from the Circuit Court in and for Brevard County, Florida, Case No. 05-2021-CA-11923-XXXX-XX, to the United States District Court for the Middle District of Florida.

Respectfully submitted,

/s/Arianne B. Suarez
Arianne B. Suarez, Esq.
Florida Bar No: 143529
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida 33323
Main: (954) 838-8832 / Fax: (954) 838-8842
Primary E-mail:     absuarez@mc-atty.com
Secondary E-mail:  jennifer.colina@mc-atty.com
                               eservice@dmc-atty.com
*Attorneys for Defendant, Trident Research, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 17, 2023, I electronically filed the foregoing through the CM/ECF system and also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ *Arianne B. Suarez*
Arianne B. Suarez, Esquire
Florida Bar No: 143529
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida 33323
Main: (954) 838-8832 / Fax: (954) 838-8842
Primary E-mail: absuarez@mc-atty.com
Secondary E-mail: jennifer.colina@mc-atty.com
      eservice@dmc-atty.com
*Attorneys for Defendant, Trident Research, LLC*

## SERVICE LIST

Adrienne E. Trent, Esq.
Email: attorneytrent@cfl.rr.com
ADRIENNE E. TRENT, P.A.
836 Executive Lane, Suite 120
Rockledge, Florida 32955
Attorneys for Plaintiff, Chandra Lovett
*Via CM/ECF Notice of Electronic Filing*